IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LORI HAWKINS,

Plaintiff,

v.

MITAS, LLC, d/b/a Axis Spine and Orthopedics

Defendant.

Case No. 25-1311 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated: 6/1/2026                     MONICA A. STUMP, Clerk of Court

**Deputy Clerk**

Approved:

**J. PHIL GILBERT**
**DISTRICT JUDGE**